IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY DOVER, AIS # 217258, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO.  2:10-CV-499-ID |
| ) | (WO) |
| OFFICER RODERICK UNDERWOOD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

# ORDER

On August 11, 2010, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 14).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows that:

1. The Recommendation of the Magistrate Judge (Doc. #14) be and the same is hereby ADOPTED;

2. The plaintiff's claims against Officer Roderick Underwood be and the same are hereby DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i);

3. This case be and the same is hereby DISMISSED without prejudice to the rights of the plaintiff to pursue his federal civil rights claims in the pending state action.

Done this 28th day of September, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE